UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 10-494 JVS (AGRx)                     Date   April 30, 2010

Title   Aurora Loan Services , LLC v. Lopez

Present: The Honorable   James V. Selna

Karla J. Tunis                                        Not Present
Deputy Clerk                                          Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                           Not Present

**Proceedings:**   (IN CHAMBERS)          Order to Show Cause re Jurisdiction

        The Court has made a preliminary review of the jurisdictional allegations in the Aurora Loan Services , LLC v. Lopez,  Case No. SACV 10-494 JVS (AGRx).

        The Court has made a preliminary review of the jurisdictional allegations in the:

        __ Complaint, filed

        X  Notice of Removal ("Notice") filed April 21, 2010

by defendant Maria E. Lopez

        The initial pleading purports in part  to invoke jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Notice, p. 2.)  Jurisdiction on this basis requires complete diversity.

        The following party to the action is alleged to be a limited liability company ("LLC"):

        Aurora Loan Services, LLC

        For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.    SACV 10-494 JVS (AGRx)                    Date    April 30, 2010

Title    Aurora Loan Services , LLC v. Lopez

Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order
to determine diversity, the Court must consider the citizenship of each LLC member,
and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot
tell if jurisdiction has been properly invoked.

        The removing party is ordered to file an amended initial pleading  within
15 days identifying each member of each alleged LLC and the member's citizenship
and principal place of business as the date of the filing of the initial pleading.   If any
member is itself an LLC, the same information shall be provided for each subtier
member, and if need be, for each successive subtier.

        The Notice also states that there is federal question jurisdiction.  (Notice,
p. 2.)  The Complaint is for unlawful detainer under California law.  No federal claim
is asserted.

        Unless Lopez provides additional facts which establish diversity
jurisdiction, the Court will be forced to remand the case to the Superior Court of the
State of California for the County of Orange for lack of jurisdiction.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |